UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER BILBO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 17-cv-00932-JST<br><br>**ORDER REGARDING SERVICE**<br><br>Re: ECF No. 33 |

On March 20, 2017, a Summons was returned unexecuted as to Defendant Inspector John P. Williams. ECF No. 7. It appears that the Marshal was unable to serve Defendant Williams at the address provided. On June 19, 2017, Plaintiff filed a notice providing a new address for Defendant Williams. ECF No. 33. The Clerk is instructed to prepare a new summons for the Marshal to attempt to effect service upon Defendant Williams at the address provided in Plaintiff's notice.

IT IS SO ORDERED.

Dated: June 25, 2017

                                              JON S. TIGAR
                                      United States District Judge