UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA SAUCER BILBO,

        Plaintiff,

     v.

COUNTY OF ALAMEDA, CALIFORNIA, et al.,

        Defendants.

Case No. 17-cv-00932-JST

**ORDER TO SHOW CAUSE**

The Court held a case management conference on June 13, 2018, at which Plaintiff Pamela Bilbo appeared pro se and Michael C. Wenzel appeared on behalf of Defendants. ECF No. 84. At that CMC, the Court set a further CMC for November 14, 2018. *Id.* The Court subsequently issued a scheduling order confirming the November 14 CMC date and requiring an updated case management statement by November 7, 2018. ECF No. 85 at 2.

Neither party filed a case management statement. Nor did either party appear at the November 14 CMC. ECF No. 86.

The parties are each ordered to show cause as to why the Court should not impose sanctions for their failure to comply with the Court's orders to file a case management statement and appear at the November 14, 2018 CMC. Written responses to this order to show cause, as well as an updated case management statement, are due by December 19, 2018. A show cause hearing and further CMC will be held on January 10, 2019, at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

1       If Plaintiff fails to appear for the show cause hearing, her complaint will be dismissed

2  without prejudice.  If Defendants fail to appear, their answer will be stricken.

3       **IT IS SO ORDERED.**

4  Dated:  November 14, 2018



                              JON S. TIGAR
                       United States District Judge