Michael C. Wenzel, State Bar No. 215388
Jashoda K. Kashyap, State Bar No. 295391
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
COUNTY OF ALAMEDA and
JOHN PAUL WILLIAMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SAUCER BILBO,<br><br>　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, CALIFORNIA, CITY OF OAKLAND, CALIFORNIA, INSPECTOR JOHN P. WILLIAMS, and DOES 1-25,<br><br>　　　Defendants. | Case No. 3:17-cv-00932-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>**Hon. Jon S. Tigar** |

　　　IT IS HEREBY STIPULATED by the parties hereto, by and through themselves and their undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

　　　**IT IS SO STIPULATED.**

Dated: December 10, 2018　　　　　　　　　By: ___*/s/ Pamela Saucer Bilbo*___
　　　　　　　　　　　　　　　　　　　　　　　Pamela Saucer Bilbo
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff Pro Per

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
*Bilbo v. County of Alameda et al., Case No. 3:17-cv-00932-JST*

Dated: December 10, 2018                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Michael C. Wenzel*
     Michael C. Wenzel
     Jashoda K. Kashyap
     Attorneys for Defendants
     COUNTY OF ALAMEDA AND JP WILLIAMS

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff to show his signature on this document as /s/.

Dated: December 10, 2018                    By:   */s/ Michael C. Wenzel*
     Michael C. Wenzel

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
*Bilbo v. County of Alameda et al., Case No. 3:17-cv-00932-JST*

# [PROPOSED] ORDER

Pursuant to stipulation of Plaintiff Pamela Saucer Bilbo and Defendants County of Alameda and JP Williams, this Court dismisses the action of *Pamela Saucer Bilbo v. County of Alameda et al.* in its entirety as to all defendants with prejudice, with each party bearing that party's own attorney's fees and costs, pursuant to FRCP 41(a)(1)(A)(ii). The order to show cause, ECF No. 87, is terminated as moot.

**IT IS SO ORDERED.**

Dated: December 10, 2018

JON S. TIGAR
United States District Judge